IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**CLAUDIE C. DUNN,**

        **Plaintiff,**

**v.**                                         **Civil Action No. 5:15-cv-11338**
                                            **(Honorable Irene C. Berger)**

**USAA FEDERAL SAVINGS BANK,**

        **Defendant.**

## REPORT OF MEDIATOR

        Now comes Webster J. Arceneaux, III, mediator in the above referred matter, for his report to the Court and he states as follows:

        1.        On September 8, 2016, the Plaintiff and the Defendant in the above referred matter met for mediation. The parties negotiated for approximately two and one-half hours and they were able to reach a settlement. The parties will report further to the Court regarding the settlement and dismissal of this case.

                                                                                Respectfully submitted,

**LEWIS, GLASSER, CASEY & ROLLINS, PLLC**


 **/s/ Webster J. Arceneaux, III**
**Webster J. Arceneaux, III**
**300 Summers Street, Suite 700**
**P. O. Box 1746**
**Charleston, West Virginia 25326**
**(304) 345-2000**

## IN UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT BECKLEY

**CLAUDIE C. DUNN,**

    **Plaintiff,**

**v.**                                                 **Civil Action No. 5:15-cv-11338**
                                                      **(Honorable Irene C. Berger)**

**USAA FEDERAL SAVINGS BANK,**

    **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 9, 2016, he served the foregoing Mediator's Report by electronic service upon:

    Ralph C. Young
    Hamilton, Burgess, Young & Pollard, PLLC
    Post Office Box 959
    Fayetteville, WV 25840

    Randall L. Saunders
    Nelson, Mullins, Riley & Scarborough, LLP
    949 Third Avenue, Suite 200
    Huntington, WV  25701

                                                        /s/ Webster J. Arceneaux, III